

# IN THE
# TENTH COURT OF APPEALS

———————

## No. 10-16-00430-CR
## No. 10-16-00433-CR

## IN RE RAHEEM ABDULLAH WATKINS

———————

## Original Proceeding

———————

## MEMORANDUM OPINION

———————

Relator's petitions for writ of mandamus is denied.[1]

AL SCOGGINS
Justice

---

[1] Relator's petitions for writ of mandamus lack proof of service on the State, which is the real party in interest in these proceedings because it was a party in the underlying criminal cases. *See* TEX. R. APP. P. 52.2. A copy of all documents presented to the Court must be served on all parties (i.e., the trial-court judge and the State through the district attorney in this proceeding) and must contain proof of service. *Id.* at R. 9.5. Here, relator indicates in his proof of service that he has served these documents on this Court, rather than the trial-court judge and the State. However, to expedite these matters, we invoke Texas Rule of Appellate Procedure 2 to suspend these requirements. *Id.* at R. 2.

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed December 28, 2016
[OT06]

